### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS
### AT KANSAS CITY

| | |
|---|---|
| KETONATURAL PET FOODS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HILL'S PET NUTRITION, INC., <br> a subsidiary of COLGATE-PALMOLIVE <br> CO., et al., <br><br> Defendants. | Case No. 2:24-cv-02046-KHV-ADM |

## DEFENDANT HILL'S PET NUTRITION, INC.'S
## MOTION TO DISMISS COMPLAINT

Defendant Hill's Pet Nutrition, Inc. ("Hill's") respectfully moves the Court to dismiss the claims asserted in Plaintiff KetoNatural Pet Food, Inc.'s Complaint (Doc. 1) pursuant to Federal Rule of Civil Procedure 12(b)(6) because the Complaint fails to state any claim upon which relief can be granted against Hill's. Pursuant to Local Rule 7.2, Hill's requests that this Motion be set for oral argument.

As detailed further in Hills' Memorandum of Law in Support of its Motion to Dismiss ("Memorandum in Support"), Count I claim for false advertising under the Lanham Act (15 U.S.C. § 1125(a)(1)(B)) against Hill's fails because: (1) the accused statements are not commercial speech; (2) Plaintiff cannot plausibly allege that there is no link between DCM and certain non-traditional diets, i.e., that the underlying statements are false or misleading statements of fact; (3) Hill's is not vicariously liable for statements made by independent veterinarians; and (4) the claim is time-barred to the extent it is based on accused statements and links Hill's published more than two years before the Complaint was filed.

Count II for common law civil conspiracy against Hill's also fails because: (1) the Lanham Act claim fails; (2) Plaintiff fails to plead the requisite "who, what, where, and when" necessary to state a claim; and (3) it is time-barred.

In support of this motion, Hill's incorporates by reference its accompanying Memorandum of Support, and the Declaration of Melissa Reinckens along with Exhibits 1-16 as if fully set forth herein. Exhibits 1-16 appended to the Declaration of Melissa Reinckens are documents which have been incorporated by reference into the Complaint or which the Court may take judicial notice, both of which may be considered by the Court on a motion to dismiss. *Clinton v. Sec. Ben. Life Ins. Co.*, 63 F.4th 1264, 1276–77 (10th Cir. 2023).

WHEREFORE, Hill's respectfully requests that the Court enter an Order dismissing Counts I-II with prejudice, and granting such other and further relief as the Court deems just and proper.

Dated: June 17, 2024

Respectfully submitted,

/s/ *Brian C. Fries*
Brian C. Fries (15889)
Ellen C. Rudolph (27945)
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
T: (816) 292-2000
brian.fries@lathropgpm.com
ellen.rudolph@lathropgpm.com

Melissa A. Reinckens (pro hac vice)
Susan Acquista (pro hac vice forthcoming)
DLA PIPER LLP (US)
4635 Executive Drive, Suite 1100
San Diego, CA 92121-2133
T: (858) 677-1400
melissa.reinckens@us.dlapiper.com
susan.acquista@us.dlapiper.com

64010583v1

David Horniak (pro hac vice)
Jenna N. Rowan (pro hac vice)
DLA PIPER LLP (US)
500 Eighth Street, N.W.
Washington, D.C. 20004
T: (202) 799-4000
david.horniak@us.dlapiper.com
jenna.rowan@us.dlapiper.com

Joshua Schwartzman (pro hac vice)
DLA PIPER LLP (US)
1251 Avenue of the Americas
27th Floor
New York, NY 10020-1104
T: (212) 335-4500
joshua.schwartzman@us.dlapiper.com

*Attorneys for Defendant
Hill's Pet Nutrition, Inc.*

64010583v1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 17th day of June, 2024, the foregoing was electronically filed with the clerk of the court using the CM/ECF system that provides notice and service to all parties and counsel of record.

/s/ *Brian C. Fries*
An Attorney for Defendant
*Hill's Pet Nutrition, Inc.*

64010583v1