# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**KETO NATURAL PET FOODS, INC.,**
*individually and on behalf of all others similarly situated,*

      **Plaintiff,**

v.                                           Case No. 2:24-cv-02046-KHV-ADM

**HILL'S PET NUTRITION, INC.,**
*a subsidiary of Colgate-Palmolive Co.,*

      **Defendant.**

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.** This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**Consistent with the MEMORANDUM AND ORDER [Doc. 117] filed on November 5, 2024, the Court dismisses plaintiff's claims against defendant Hill's Pet Nutrition, Inc.**

Dated: 11/5/2024                     SKYLER B. O'HARA,
                                              CLERK OF THE DISTRICT COURT

                                              by:

                                              /s/ Jeffrey S. Hokanson
                                              Deputy Clerk